## WARREN v. STATE.
### No. 17850.

Court of Criminal Appeals of Texas.
Jan. 15, 1936.

Chandler & Chandler, of Stephenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is possession of whisky for the purpose of sale; the punishment, confinement in the penitentiary for two years.

Pending appeal, the law under which conviction was had has been repealed.

The judgment is reversed, and the prosecution ordered dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.